UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEPHEN MURPHY

VERSUS                                              CIVIL ACTION

BARKSDALE FEDERAL CREDIT                            NUMBER 11-40-RET-DLD
UNION, ET AL

## RULING

Pro se plaintiff, an inmate confined at Feliciana Forensic Facility, Jackson, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Barksdale Federal Credit Union, Federal Bureau of Investigation, TSA Homeland Security and the White House. Gulf of Mexico Oil Spill Response. Plaintiff alleged that he was arrested because he reported that he was under attack by airships and UFO's.

On February 1, 2011, the plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 was denied because on three prior occasions during detention, the plaintiff brought an action that was dismissed as frivolous or for failure to state a claim upon which relief can be granted.[1] Plaintiff was granted 20 days from the date of the order to pay the court's filing fee in the amount of $350.00.

A review of the record showed that the plaintiff failed to pay

---

[1] Section 1915(g) contains an exception that allows prisoners whose privileges have been revoked to proceed in forma pauperis in cases involving imminent danger of serious physical injury. Plaintiff's claims do not fall under the exception.

the filing fee. Therefore, the plaintiff's § 1983 complaint shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 31, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA